**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------x

In re:                                                      Chapter 11

Unique Third Avenue LLC, *et al*,[1]                        Case No. 25-12461 (JPM)

                              Debtors.                      Jointly Administered

--------------------------------------------------------x

### ORDER GRANTING MOTION TO EXTEND TIME TO ASSUME OR REJECT REAL PROPERTY LEASE

Upon the motion (the "**Motion**"), dated March 4, 2026 [Dkt. No. 70], of Unique Third Avenue LLC and the above-captioned related debtors (the "**Debtors**") to extend time to assume or reject the lease ("**Lease**") with 625 Fordham LLC for the premises at 625 East Fordham Road, Bronx NY 10458 pursuant to section 365(d)(4) of the Bankruptcy Code; and upon the Certificate of No Objection pursuant to Local Rule 9013-3, dated March 31, 2026 [Dkt. No. 76]; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED**, that the time to assume or reject the Lease be, and it hereby is, extended through and including June 2, 2026; and it is further

**ORDERED**, that this Order is without prejudice to the rights of the Debtors and/or other parties.

Dated: April 1, 2026
       New York, New York

                                        /s/ John P. Mastando III
                                        HONORABLE JOHN P. MASTANDO III
                                        UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  Unique Third Avenue LLC Third Avenue Imaging LLC (8986), Unique Imaging Services LLC (3719) and Distinguished Diagnostic Imaging, P.C. (7345).