## UNITED STATES BANKRUPTCY COURT

Southern   DISTRICT OF   New York

| | |
|---|---|
| Clear All Fields | |

In Re. Third Ave Imaging LLC                          §          Case No.  25-12462

§

§          Lead Case No.    1:25–12461(JPM)

_____   §
                 Debtor(s)

☒ Jointly Administered

# Monthly Operating Report                                                      Chapter 11

Reporting Period Ended: 12/31/2025                    Petition Date: 11/04/2025

Months Pending: 2                                     Industry Classification: 6 2 1 5

Reporting Method:          Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):                          9

Debtor's Full-Time Employees (as of date of order for relief):  9

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

*Nik Lavrinoff*
_____                    Nik Lavrinoff
Signature of Responsible Party               _____
                                             Printed Name of Responsible Party
02/16/2026
_____
Date
                                             1568 49th Street, Brooklyn NY 11219
                                             _____

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)                    1

Debtor's Name  Third Ave Imaging LLC  Case No.  25-12462

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $119,742 | |
| b.  Total receipts (net of transfers between accounts) | $994,550 | $1,631,594 |
| c.  Total disbursements (net of transfers between accounts) | $729,001 | $883,874 |
| d.  Cash balance end of month (a+b-c) | $385,290 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $729,001 | $883,874 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $25,757,588 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $25,757,588 |
| c.  Inventory  (Book ○  Market ○  Other ◉  (attach explanation)) | $0 |
| d  Total current assets | $26,142,878 |
| e.  Total assets | $31,141,729 |
| f.  Postpetition payables (excluding taxes) | $0 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $0 |
| k.  Prepetition secured debt | $8,276,613 |
| l.  Prepetition priority debt | $0 |
| m.  Prepetition unsecured debt | $3,416,162 |
| n.  Total liabilities (debt) (j+k+l+m) | $11,692,775 |
| o.  Ending equity/net worth (e-n) | $19,448,953 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $716,825 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $716,825 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | | |
| f.  Other expenses | $219,485 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $477,487 | $659,183 |

UST Form 11-MOR (06/07/2021)  2

Debtor's Name  Third Ave Imaging LLC                                    Case No.  25-12462

## Part 5:  Professional Fees and Expenses

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| Add | Firm Name | Role | | | |
| Delete | i | | | | |
| Delete | ii | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| Add | Firm Name | Role | | | |
| Delete | i | | | | |
| Delete | ii | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○   No ⦿

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○   No ⦿

c.  Were any payments made to or on behalf of insiders?   Yes ○   No ⦿

d.  Are you current on postpetition tax return filings?   Yes ⦿   No ○

e.  Are you current on postpetition estimated tax payments?   Yes ⦿   No ○

f.  Were all trust fund taxes remitted on a current basis?   Yes ⦿   No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○   No ⦿

h.  Were all payments made to or on behalf of professionals approved by the court?   Yes ○   No ○   N/A ⦿

i.  Do you have:         Worker's compensation insurance?   Yes ⦿   No ○
          If yes, are your premiums current?   Yes ⦿   No ○   N/A ○   (if no, see Instructions)
          Casualty/property insurance?   Yes ⦿   No ○
          If yes, are your premiums current?   Yes ⦿   No ○   N/A ○   (if no, see Instructions)
          General liability insurance?   Yes ⦿   No ○
          If yes, are your premiums current?   Yes ⦿   No ○   N/A ○   (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?   Yes ⦿   No ○

UST Form 11-MOR (06/07/2021)                          3

Debtor's Name  Third Ave Imaging LLC                                              Case No.  25-12462

k.  Has a disclosure statement been filed with the court?          Yes ◉    No ○

l.  Are you current with quarterly U.S. Trustee fees as            Yes ◉    No ○
    set forth under 28 U.S.C. § 1930?

## Part 8: Individual Chapter 11 Debtors (Only)

| | |
|---|---:|
| a.  Gross income (receipts) from salary and wages | $0 |
| b.  Gross income (receipts) from self-employment | |
| c.  Gross income from all other sources | $0 |
| d.  Total income in the reporting period (a+b+c) | $0 |
| e.  Payroll deductions | $0 |
| f.  Self-employment related expenses | $0 |
| g.  Living expenses | $0 |
| h.  All other expenses | $0 |
| i.  Total expenses in the reporting period (e+f+g+h) | $0 |
| j.  Difference between total income and total expenses (d-i) | $0 |
| k.  List the total amount of all postpetition debts that are past due | |

l.  Are you required to pay any Domestic Support Obligations as defined by 11       Yes ○  No ◉
    U.S.C § 101(14A)?

m.  If yes, have you made all Domestic Support Obligation payments?   Yes ○  No ○  N/A ◉

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

*Nik Lavrinoff*                                             Nik Lavrinoff
Signature of Responsible Party

CRO                                                         02/16/2026
Title                                                       Date

**12:27 PM**

**03/25/26**

**Cash Basis**

# THIRD AVE IMAGING LLC
# Profit & Loss
### January 2026

| | Jan 26 |
|---|---:|
| **Ordinary Income/Expense** | |
|    Income | 468,057.12 |
| **Gross Profit** | 468,057.12 |
|   **Expense** | |
|    Admin & General | 51,840.46 |
|    Human Resources | 309,560.53 |
|    Operating Expense | 9,993.16 |
| **Total Expense** | 371,394.15 |
| **Net Ordinary Income** | 96,662.97 |
| **Other Income/Expense** | |
|   Other Expense | 872.62 |
| **Net Other Income** | -872.62 |
| **Net Income** | **95,790.35** |

**4:30 PM**

**03/25/26**

**THIRD AVE IMAGING LLC**

# Balance Sheet

**As of January 31, 2026**

|  | Jan 31, 26 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| Checking/Savings | 455,032.84 |
| **Accounts Receivable** | 26,039,546.00 * |
| **Total Current Assets** | 26,494,578.84 |
| **Fixed Assets** | 4,998,850.41 |
| **TOTAL ASSETS** | **31,493,429.25** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| Current Liabilities | 3,416,541.00 |
| **Long Term Liabilities** | |
| Equip Finance | 1,514,276.88 |
| SBA EDIL | 1,770,702.78 |
| **Total Long Term Liabilities** | 3,284,979.66 |
| **Total Liabilities** | 6,701,520.66 |
| **Equity** | 24,791,908.59 |
| **TOTAL LIABILITIES & EQUITY** | **31,493,429.25** |

* Gross Accounts Receivable reflects historical AR generated over multiple years and includes no write-offs, disallowances, denials, or contractual adjustments. The figure is presented for reporting completeness only and does not represent anticipated collections.

**THIRD AVE IMAGING LLC**
# Transactions by Account
### As of January 31, 2026

12:29 PM

03/25/26

Accrual Basis

| Date | Debit | Credit | Balance |
|---|---|---|---|
| **Dime....7951** | | | 78,408.96 |
| 01/02/2026 | | 6,050.00 | 72,358.96 |
| 01/02/2026 | | 5,840.00 | 66,518.96 |
| 01/02/2026 | | 9,224.33 | 57,294.63 |
| 01/02/2026 | | 378.00 | 56,916.63 |
| 01/02/2026 | | 392.91 | 56,523.72 |
| 01/02/2026 | | 7,645.00 | 48,878.72 |
| 01/02/2026 | | 161.41 | 48,717.31 |
| 01/02/2026 | | 53,351.14 | -4,633.83 |
| 01/05/2026 | 35,471.46 | | 30,837.63 |
| 01/05/2026 | 724.91 | | 31,562.54 |
| 01/06/2026 | 348.59 | | 31,911.13 |
| 01/06/2026 | | 1,079.42 | 30,831.71 |
| 01/07/2026 | 1,985.25 | | 32,816.96 |
| 01/12/2026 | 12,148.00 | | 44,964.96 |
| 01/13/2026 | 27,377.26 | | 72,342.22 |
| 01/14/2026 | 7,556.49 | | 79,898.71 |
| 01/16/2026 | | 4,700.00 | 75,198.71 |
| 01/16/2026 | | 1,730.00 | 73,468.71 |
| 01/16/2026 | | 1,638.00 | 71,830.71 |
| 01/16/2026 | | 699.34 | 71,131.37 |
| 01/16/2026 | | 4,730.00 | 66,401.37 |
| 01/16/2026 | | 161.41 | 66,239.96 |
| 01/16/2026 | | 53,666.45 | 12,573.51 |
| 01/20/2026 | 8,166.19 | | 20,739.70 |
| 01/20/2026 | 995.10 | | 21,734.80 |
| 01/20/2026 | 963.81 | | 22,698.61 |
| 01/20/2026 | 16,664.24 | | 39,362.85 |
| 01/21/2026 | 360.00 | | 39,722.85 |
| 01/21/2026 | | 25.00 | 39,697.85 |
| 01/21/2026 | | 17.45 | 39,680.40 |
| 01/21/2026 | | 17.45 | 39,662.95 |
| 01/22/2026 | 75.00 | | 39,737.95 |
| 01/23/2026 | 991.38 | | 40,729.33 |
| 01/23/2026 | 206.80 | | 40,936.13 |
| 01/23/2026 | | 1,079.42 | 39,856.71 |
| 01/26/2026 | 537.82 | | 40,394.53 |
| 01/26/2026 | 25,848.83 | | 66,243.36 |
| 01/28/2026 | 67.72 | | 66,311.08 |
| 01/28/2026 | 16,186.77 | | 82,497.85 |
| 01/28/2026 | 13,503.75 | | 96,001.60 |
| 01/29/2026 | 2,291.06 | | 98,292.66 |
| 01/30/2026 | | 8,350.00 | 89,942.66 |
| 01/30/2026 | | 6,220.00 | 83,722.66 |
| 01/30/2026 | | 7,529.11 | 76,193.55 |
| 01/30/2026 | | 8,946.26 | 67,247.29 |
| 01/30/2026 | | 210.00 | 67,037.29 |
| 01/30/2026 | | 1,012.74 | 66,024.55 |
| 01/30/2026 | | 9,590.00 | 56,434.55 |
| 01/30/2026 | | 1,823.28 | 54,611.27 |
| 01/30/2026 | | 133.24 | 54,478.03 |
| 01/30/2026 | | 65,326.26 | -10,848.23 |
| 01/30/2026 | 15,000.00 | | 4,151.77 |
| 01/30/2026 | | 100.00 | 4,051.77 |
| 01/30/2026 | 545.85 | | 4,597.62 |
| 01/31/2026 | 37,937.27 | | 42,534.89 |
| Total Dime...... | 225,953.55 | 261,827.62 | 42,534.89 |
| **Dime....7969** | | | 306,881.52 |
| 01/05/2026 | | 10.00 | 306,871.52 |
| 01/05/2026 | 22,715.66 | | 329,587.18 |
| 01/05/2026 | | 752.40 | 328,834.78 |
| 01/06/2026 | | 497.32 | 328,337.46 |
| 01/06/2026 | | 98.29 | 328,239.17 |
| 01/06/2026 | | 500.00 | 327,739.17 |
| 01/06/2026 | | 23,570.00 | 304,169.17 |
| 01/06/2026 | 3,375.16 | | 307,544.33 |
| 01/07/2026 | 28,886.89 | | 336,431.22 |

**12:29 PM**

**03/25/26**

**Accrual Basis**

**THIRD AVE IMAGING LLC**
# Transactions by Account
### As of January 31, 2026

| Date | Debit | Credit | Balance |
|---|---|---|---|
| 01/07/2026 | 33,207.16 | | 369,638.38 |
| 01/07/2026 | 200.00 | | 369,838.38 |
| 01/07/2026 | 15.00 | | 369,853.38 |
| 01/09/2026 | | 17,000.00 | 352,853.38 |
| 01/09/2026 | | 2,146.83 | 350,706.55 |
| 01/09/2026 | | 1,377.00 | 349,329.55 |
| 01/09/2026 | | 460.00 | 348,869.55 |
| 01/09/2026 | | 394.05 | 348,475.50 |
| 01/09/2026 | | 7,370.00 | 341,105.50 |
| 01/09/2026 | | 1,852.16 | 339,253.34 |
| 01/09/2026 | | 11,313.00 | 327,940.34 |
| 01/09/2026 | | 500.00 | 327,440.34 |
| 01/09/2026 | | 325.00 | 327,115.34 |
| 01/09/2026 | | 1,407.29 | 325,708.05 |
| 01/09/2026 | | 878.94 | 324,829.11 |
| 01/09/2026 | | 611.12 | 324,217.99 |
| 01/09/2026 | | 6,598.50 | 317,619.49 |
| 01/12/2026 | | 4,520.00 | 313,099.49 |
| 01/12/2026 | 17,711.97 | | 330,811.46 |
| 01/14/2026 | | 25,000.00 | 305,811.46 |
| 01/14/2026 | 13,825.27 | | 319,636.73 |
| 01/15/2026 | | 247.45 | 319,389.28 |
| 01/15/2026 | 58,991.40 | | 378,380.68 |
| 01/20/2026 | 30,031.66 | | 408,412.34 |
| 01/20/2026 | 32,372.36 | | 440,784.70 |
| 01/21/2026 | | 15,000.00 | 425,784.70 |
| 01/22/2026 | | 2,146.83 | 423,637.87 |
| 01/23/2026 | | 25,000.00 | 398,637.87 |
| 01/26/2026 | 54,237.20 | | 452,875.07 |
| 01/27/2026 | | 200.00 | 452,675.07 |
| 01/27/2026 | | 4,225.00 | 448,450.07 |
| 01/27/2026 | | 1,400.00 | 447,050.07 |
| 01/27/2026 | | 10,539.26 | 436,510.81 |
| 01/27/2026 | | 321.42 | 436,189.39 |
| 01/27/2026 | | 1,676.21 | 434,513.18 |
| 01/27/2026 | | 127.39 | 434,385.79 |
| 01/28/2026 | | 20,000.00 | 414,385.79 |
| 01/28/2026 | 7,988.39 | | 422,374.18 |
| 01/29/2026 | 1,186.75 | | 423,560.93 |
| 01/30/2026 | | 100.00 | 423,460.93 |
| 01/30/2026 | | 15,000.00 | 408,460.93 |
| 01/30/2026 | 724.81 | | 409,185.74 |
| 01/31/2026 | | 26,207.00 | 382,978.74 |
| 01/31/2026 | 29,519.22 | | 412,497.96 |
| Total Dime...... | 334,988.90 | 229,372.46 | 412,497.96 |
| **TOTAL** | **560,942.45** | **491,200.08** | **455,032.85** |

## TOTAL AR Aging
As of January 31, 2026

| Name | 1-30 | 31-60 | 61-90 | >90 | Total |
|---|---|---|---|---|---|
| 1199 Medfocus | 2,965 | 11,589 | 4,942 | 94,555 | 114,051 |
| 1199 NATIONAL BENEFIT FUND | 972 | 100 | 900 | 62,888 | 64,860 |
| 21ST CENTURY INS | - | 1,003 | 10,509 | 9,913 | 21,425 |
| AAA INSURANCE | - | - | - | 4,960 | 4,960 |
| AARP Health Care Options | - | - | - | 149 | 149 |
| ACCESS INSURANCE | 582 | - | - | 2,059 | 2,641 |
| ACCIDENT FUND INS CO OF AMERICA | - | - | - | 2,758 | 2,758 |
| ACE AMERICAN INSURANCE COMP | - | - | - | 1,933 | 1,933 |
| Ace Esis | - | - | 912 | 2,758 | 3,670 |
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY | - | - | - | (747) | (747) |
| ACS | - | 70 | 141 | 70 | 281 |
| ADIRONDACK | - | - | - | - | - |
| AEGIS ONE INC | - | - | - | - | - |
| AETNA | 2,199 | 2,565 | 6,579 | 38,067 | 49,410 |
| Aetna EVICORE | - | - | 100 | 4,396 | 4,496 |
| Affinity by Molina Healthcare | 10,764 | 6,389 | 5,365 | 48,183 | 70,701 |
| AFFINITY ESSENTIAL SILVER 87 | - | - | 2,000 | 1,000 | 3,000 |
| AFFIRMATIVE DIRECT | 11,675 | 9,741 | 18,679 | 318,690 | 358,785 |
| AGENCY INSURANCE COMP | - | - | - | 20,575 | 20,575 |
| AIG Ins | - | - | - | 1,852 | 1,852 |
| AIG Insurance | - | - | - | 1,933 | 1,933 |
| AIPSO | 14,628 | 12,894 | 7,859 | - | 35,382 |
| All State Insurance | 15,809 | 13,771 | 967 | 228,190 | 258,736 |
| All State Insurance (Arbitration) | - | - | - | 15,891 | 15,891 |
| ALLIED BENEFIT SYSTEMS | - | - | - | 38 | 38 |
| Allstate Ins. | 3,939 | 6,015 | 4,908 | 27,318 | 42,181 |
| AllState Insurance | 4,996 | 967 | 10,749 | 181,448 | 198,159 |
| AMBETTER TX-SUPERIOR HEALTHPLAN | - | - | 75 | - | 75 |
| AMERICAN ALLIANCE | - | - | - | 13,018 | 13,018 |
| AMERICAN FAMILY CONNECT | - | - | - | - | - |
| AMERICAN FREEDOM INSURANCE | - | - | 967 | 36,068 | 37,035 |
| American Transit | 29,973 | 48,981 | 64,523 | 1,050,923 | 1,194,400 |
| Americhoice of NY | - | - | - | - | - |
| AMERIGROUP COMMUNITY CARE | - | - | - | 975 | 975 |
| AMERIGROUP EMPIRE BCBS | 2,100 | 2,097 | 1,975 | 135,418 | 141,590 |
| AmGuard Insurance | - | - | - | - | - |
| Amica | - | - | - | 9,963 | 9,963 |
| AMICA INSURANCE NF | - | - | - | - | - |
| AMIDA CARE | 75 | - | - | 2,572 | 2,647 |
| AMTRUST NORTH AMERICA | - | - | 1,399 | 23,653 | 25,052 |
| ARBELLA INSURANCE | - | - | - | - | - |
| ARONOVA ASSOCIATES | - | - | - | 1,500 | 1,500 |
| ATHENS INS COMPANY | - | - | - | 7,949 | 7,949 |
| AUTO-OWNERS INSURANCE | - | - | - | 1,934 | 1,934 |
| AVIS INSURANCE COMPANY | - | - | - | 3,108 | 3,108 |
| BCBS EMPIRE NEW YORK | 4,266 | 4,707 | 4,684 | 191,204 | 204,861 |
| Benefit & Risk Management Services | - | - | - | 500 | 500 |
| BERKSHIRE HATHAWAY GUARD INSURANCE CO | 582 | - | - | 2,235 | 2,817 |
| BLG BOGORAZ | 1,500 | - | - | - | 1,500 |
| Blue Cross Blue Shield of Florida | - | - | - | 800 | 800 |
| BOARD OF EDUCATION CITY OF NY | - | - | - | 9,120 | 9,120 |
| BOGORAZ LAW GROUP | - | - | - | 6,000 | 6,000 |
| Boon Chapman Administrators | - | - | - | 30 | 30 |
| BRIAN J LEVY | - | 750 | 1,500 | 4,500 | 6,750 |
| BRISTOL WEST INSURANCE COMPANY | 8,425 | 43,036 | 22,893 | 196,207 | 270,561 |
| BROADSPIRE CASUALTY INSURANCE | 4,819 | 967 | - | 12,567 | 18,353 |
| BRUMER LAW FIRM | - | - | - | 7,500 | 7,500 |
| CANNON MANAGEMENT SERVICE | - | - | 879 | 3,594 | 4,472 |
| CAPITOL INSURANCE COMPANY | - | 967 | - | - | 967 |
| Care Core National | - | - | - | 200 | 200 |
| Care Core National Oxford | (112) | 400 | (242) | 2,332 | 2,379 |
| CARE TO CARE | 2,903 | 683 | 1,941 | 63,965 | 69,492 |
| CARECORE WELLCARE | - | - | - | 2,271 | 2,271 |
| CAREWORKS NF | - | - | - | - | - |
| Carisk Imaging | 88 | - | - | 1,324 | 1,411 |
| CCMSI | - | - | - | 2,853 | 2,853 |
| CENTERLIGHT HEATHCARE | - | - | 472 | 1,400 | 1,872 |
| CENTERS PLAN | - | 751 | - | 1,521 | 2,272 |

AR Aging

As of January 31, 2026

| | | | | | |
|---|---|---|---|---|---|
| Centers plan for healthy living | - | - | - | 5,093 | 5,093 |
| CHARTER OAK FIRE INSURANCE | - | - | - | - | - |
| CHUBB INS | - | - | - | 968 | 968 |
| CHUBB INSURANCE-NF | - | - | - | 8,864 | 8,864 |
| CIGNA | 396 | - | - | - | 396 |
| CIGNA HEALTH | - | - | 575 | 1,900 | 2,475 |
| Cigna Health Care | 1,707 | 31 | 700 | 10,413 | 12,851 |
| CIGNA HEALTH SPRING | - | - | 96 | 67 | 163 |
| City Of New York | - | - | - | 879 | 879 |
| Claims Services Bureau Of NY Inc. | - | - | - | (91) | (91) |
| CLEARBLUE | - | - | 2,937 | 17,470 | 20,407 |
| CMO | - | - | 3,000 | 500 | 3,500 |
| COHAN LAW FIRM OFFICE | - | - | - | 1,500 | 1,500 |
| COLONOSCOPY ASSIST | - | - | - | (33) | (33) |
| CONNECT AMERICAN FAMILY | - | - | 5,839 | 6,935 | 12,774 |
| CORP BENEFIT SVC OF AMERICA | - | - | - | - | - |
| CORVEL INSURANCE | - | - | - | 20,733 | 20,733 |
| Country-Wide Management Services | - | - | 7,733 | 62,910 | 70,644 |
| COURTESY | - | - | - | - | - |
| COURTESY JOSE | - | - | - | 100 | 100 |
| CRUM & FORSTER | - | - | - | 6,104 | 6,104 |
| CRUM & FORSTER (NF) | - | - | - | - | - |
| CSAA | - | - | - | 4,906 | 4,906 |
| CURE AUTO INSURANCE | 2,022 | - | 5,356 | 123,738 | 131,116 |
| DAIRYLAND INSURANCE COMPANY | - | - | - | 1,029 | 1,029 |
| DAVIDOFF LAW | - | - | - | 10,717 | 10,717 |
| DAVIDOV & COHEN LAW, PLLC | - | - | - | 9,000 | 9,000 |
| DIRECT AUTO INSURANCE | - | - | - | 30,617 | 30,617 |
| DIRECT GENERAL INSURANCE | - | - | - | 4,960 | 4,960 |
| DONEGAL MUTUAL INSURANCE COMPANY | - | - | 487 | - | 487 |
| ELCO INSURANCE | - | - | - | 5,917 | 5,917 |
| ELDERPLAN | 6,574 | 7,535 | 10,768 | 146,841 | 171,719 |
| Elderplan Claim Department | - | - | - | 750 | 750 |
| Electric Insurance Company | - | - | - | 487 | 487 |
| ELRAC INSURANCE | 8,551 | - | - | 2,901 | 11,452 |
| Empire Blue Cross | - | - | - | 1,368 | 1,368 |
| EMPLOYERS PREFERRED INS | - | - | - | 4,488 | 4,488 |
| Encompass Ins | - | - | - | 8,810 | 8,810 |
| ENTERPRISE RENT A CAR | 1,003 | - | - | 46,702 | 47,705 |
| ERIE INSURANCE GROUP | - | 6,981 | 1,934 | 50,284 | 59,199 |
| ESIS INC. WC BUFFALO | - | - | 1,842 | 7,173 | 9,015 |
| ESIS INSURANCE | 1,164 | 1,933 | - | 89,694 | 92,791 |
| Esis Insurance Company | - | - | - | 14,701 | 14,701 |
| ESIS Workers Comp Claims Office | - | - | - | 12,000 | 12,000 |
| ESURANCE | - | 1,933 | 12,859 | 56,539 | 71,331 |
| Farmers Insurance | 968 | 1,935 | 968 | 58,914 | 62,785 |
| FEDERATED MUTUAL INSURANCE | 967 | - | - | - | 967 |
| FIDELIS CARE NEW YORK | 16,562 | 16,386 | 16,454 | 165,309 | 214,712 |
| Fidelis Care New York Secondary | - | - | - | 246 | 246 |
| FIRST ACCEPTANCE SERVICES | 4,118 | 2,006 | 2,901 | 14,454 | 23,479 |
| FIRST CHICAGO INSURANCE CO | - | 1,934 | 10,734 | 47,958 | 60,626 |
| First Health Network IMG | - | - | - | 500 | 500 |
| FOREMOST INS | 27,674 | 15,711 | 12,819 | 27,608 | 83,812 |
| FOUNDERS INSURANCE CO | - | - | 4,960 | - | 4,960 |
| FRANCISCO CASTILLO | - | - | - | 3,000 | 3,000 |
| FRIEDLAND & ASSOCIATES | - | - | - | 1,500 | 1,500 |
| GAINSCO AUTO INSURANCE | - | - | 2,059 | 9,493 | 11,551 |
| Gallager Bassett Insurance | - | - | 487 | 5,460 | 5,947 |
| Gallager Bassett Services | - | - | - | 14,336 | 14,336 |
| GALLAGHER BASSETT NF | 78,546 | - | - | - | 78,546 |
| Gallagher Bassett Services, Inc. | 6,840 | - | - | - | 6,840 |
| GAMBONE LAW GROUP, PLLC | - | - | - | 3,000 | 3,000 |
| GARBER LEGAL | - | - | - | 1,500 | 1,500 |
| GCG Risk Management | - | - | - | 5,486 | 5,486 |
| GEHA | - | - | - | 1,010 | 1,010 |
| Geico | 336,407 | 437,779 | 427,399 | 4,684,618 | 5,886,202 |
| GENERAL AUTO ONE INSURANCE | - | 2,900 | - | - | 2,900 |
| GENOTEQ | - | - | - | 47,435 | 47,435 |
| GHI | 3,275 | 20 | 1,027 | 23,162 | 27,483 |

TAI
AR Aging
As of January 31, 2026

| | | | | | |
|---|--:|--:|--:|--:|--:|
| GOOD TO GO | - | - | - | 3,355 | 3,355 |
| GREAT AMERICAN INS CO | - | - | - | 582 | 582 |
| GREATER NEW YORK INSURANCE | - | - | - | - | - |
| GREENSTEIN & PITTARI, LLP | 225 | - | - | 1,500 | 1,725 |
| GUIDEONE MUTUAL INSURANCE COMPANY | - | - | - | 2,937 | 2,937 |
| HAGERTY | - | - | - | 967 | 967 |
| HAMASPIK | - | - | - | 20 | 20 |
| HAMASPIK, INC | - | - | - | 500 | 500 |
| Hanover Insurance | - | - | - | - | - |
| HARMON LINDER & ROGOWSKY | 1,500 | - | - | 4,500 | 6,000 |
| HARRIS KEENAN & GOLDFARB | - | - | - | 1,500 | 1,500 |
| Hartford | - | - | - | 27,812 | 27,812 |
| Hartford Fire Insurance Co. | 19,105 | - | 843 | 41,636 | 61,584 |
| Hartford Insurance | 3,251 | 879 | - | 19,324 | 23,454 |
| HEALTH AND HOSPITAL | - | - | - | 879 | 879 |
| Health Plus | 102,712 | 152,456 | 156,360 | 1,897,534 | 2,309,063 |
| HEALTH SCOPE BENEFITS | - | - | - | - | - |
| HealthCare Partners, IPA | 75 | 1,395 | - | 3,075 | 4,545 |
| HEALTHCOMP | - | - | - | - | - |
| HEALTHFIRST | 49,122 | 52,767 | 48,723 | 1,055,965 | 1,206,577 |
| HECHT KLEEGER & DAMASHEK P.C | - | 3,000 | - | - | 3,000 |
| HELMSMAN MANAGEMENT CLAIMS | - | - | - | 4,866 | 4,866 |
| HELMSMAN MANAGEMENT SERVICES | - | - | - | 2,743 | 2,743 |
| Hereford Insurance Company | 10,285 | 22,043 | 20,527 | 214,637 | 267,492 |
| HERTZ CLAIMS DEPARTMENT | - | - | - | 8,821 | 8,821 |
| HIP | - | - | 1,096 | 11,044 | 12,141 |
| HIP EVICORE | 2,124 | 1,220 | 3,258 | 28,246 | 34,848 |
| HUMANA INS | - | (35) | 62 | 5,103 | 5,130 |
| ICW GROUP | - | - | - | 6,387 | 6,387 |
| IMAGINE360 | - | - | - | - | - |
| INDEMNITY INS OF NORTH AMERICA | - | - | - | 2,636 | 2,636 |
| INSHUR INSURANCE COMOVA | - | - | - | 4,995 | 4,995 |
| INTEGON NATIONAL INSURANCE | 49,230 | 30,578 | 45,984 | 651,131 | 776,923 |
| INTERGON | - | - | - | 7,981 | 7,981 |
| INTERNATIONAL UNION OF OPERATING ENGINEERS | - | - | 967 | 500 | 1,467 |
| JACOBY & MEYERS | - | - | - | 6,000 | 6,000 |
| JAG SOURCE IPA, LLC | - | - | - | 3,379 | 3,379 |
| Kemper Auto And Home Ins | 10,834 | 4,833 | 4,922 | 20,916 | 41,505 |
| KHAVINSON & MANDRONICO PC | - | - | - | 6,000 | 6,000 |
| KINGSTONE | - | - | - | 967 | 967 |
| KOMODO CLAIMS, INC | - | 5,925 | 1,003 | 74,315 | 81,243 |
| LANCER INSURANCE | - | - | - | 500 | 500 |
| LAW OFFICE OF DORCAS OWUSU-FRIMPONG | - | - | - | 1,500 | 1,500 |
| LAW OFFICE OF ELI SHMULIK, P.C | - | - | - | 3,000 | 3,000 |
| LAW OFFICE OF STANISLAV LADNICK PC | - | - | - | 3,000 | 3,000 |
| LAW OFFICES OF ANDREW PARK | - | - | - | 1,950 | 1,950 |
| LEVY BORUKH LAW | - | - | - | 4,500 | 4,500 |
| LIBERTY MUTUAL | 20,073 | 17,891 | 11,874 | 301,236 | 351,074 |
| LIEN | 6,000 | - | - | 59,120 | 65,120 |
| Local 670 | - | - | - | 30 | 30 |
| LOCKAMY & ASSOCIATES | - | - | - | 9,300 | 9,300 |
| Long Island Insurance Company | - | - | - | 24,930 | 24,930 |
| M.V.A.I.C. | 31,792 | 53,586 | 27,448 | 473,933 | 586,760 |
| MACALUSO & FAFINSKI, P.C | - | - | - | 3,000 | 3,000 |
| MAGNACARE | - | - | - | 4,090 | 4,090 |
| MAGNACARE LOCAL 272 | - | - | - | (399) | (399) |
| MANHATTAN & BRONX SURFACE | - | - | - | 66 | 66 |
| MAPFRE INS COMP OF NEW YORK | 967 | 967 | 2,896 | 31,195 | 36,024 |
| MARC L.SCHWARTZ, PC | - | - | - | 4,500 | 4,500 |
| Marriott - Claims Dept | - | - | - | 8,965 | 8,965 |
| MAYA ASSURANCE COMPANY | 967 | - | - | 29,625 | 30,591 |
| MBR CLAIMS | - | - | - | 51 | 51 |
| MEDICAID NY | 11,154 | 21,133 | 22,068 | 452,918 | 507,272 |
| Medicaid Secondary | - | - | - | - | - |
| Medicare | - | - | - | 100 | 100 |
| MEDICARE B | 8,822 | 9,433 | 7,580 | 297,832 | 323,667 |
| MEDLOGIX | - | - | - | 2,882 | 2,882 |
| MEDSOLUTIONS | - | - | - | 1,192 | 1,192 |
| MEMIC | - | - | - | 4,399 | 4,399 |

AR Aging
As of January 31, 2026

| | | | | |
|---|---|---|---|---|
| MENDOTA INSURANCE CO | - | - | - | 1,971 | 1,971 |
| MERITAIN | 138 | - | - | 1,913 | 2,051 |
| MetLife Auto & Home - Assurance America | - | - | - | 10,974 | 10,974 |
| Metro Plus Health Plan | - | - | - | 2,222 | 2,222 |
| METROPLUS ESSENTIAL PLAN | 6,406 | 12,670 | 10,708 | 158,385 | 188,170 |
| MetroPlus Health Plan | - | - | - | 75 | 75 |
| METROPLUS MEDICAID SECONDARY | - | - | - | - | - |
| MICHAEL BENENATI | - | - | - | - | - |
| MITCHELL KLAFTER | - | - | - | 7,500 | 7,500 |
| MITSUI SUMITOMO | - | - | - | 1,933 | 1,933 |
| MOBILITIAS INSURANCE CO OF AZ | - | - | - | - | - |
| Molina Healthcare | - | - | - | 472 | 472 |
| MORGAN & MORGAN | - | - | - | 1,500 | 1,500 |
| MOSHOLU PARK P.C. | 300 | 75 | 1,650 | 472 | 2,497 |
| MTA BUS COMP | - | - | - | 5,553 | 5,553 |
| MTA BUS COMPANY | 2,937 | - | - | 40,497 | 43,434 |
| MULTIPLAN LOCAL 147 | 1,000 | 2,000 | 6,500 | 310,573 | 320,073 |
| MVP HEALTHCARE | - | - | - | - | - |
| N.Y. Central Mutual Fire Ins. | - | - | - | 52,366 | 52,366 |
| NALC Health Benefit Plan | - | - | - | 1,657 | 1,657 |
| NARS (L&M BUS CORP) | - | - | - | 13,854 | 13,854 |
| NATION WIDE | - | - | - | 35,761 | 35,761 |
| NATION WIDE INSURANCE | - | - | - | 19,782 | 19,782 |
| NATIONAL GENERAL | - | - | - | 131,892 | 131,892 |
| NATIONAL INTERSTATE | - | - | - | 4,313 | 4,313 |
| NATIONAL LIABILITY & FIRE INSURANCE CO. | - | - | - | 2,636 | 2,636 |
| NATIONAL SPECIALTY INSURANCE COMPANY | - | - | 4,960 | 967 | 5,926 |
| NAVIGERE | - | - | - | 2,354 | 2,354 |
| NBIS | - | - | - | 1,136 | 1,136 |
| NCA COMP | - | - | - | 879 | 879 |
| NETWORK ADJUSTER INC. | - | - | - | (3,227) | (3,227) |
| New Jersey Manufacturers Ins. | 6,841 | 3,904 | 1,056 | 6,150 | 17,951 |
| NEW YORK CENTRAL MUTUAL | - | - | - | 27,848 | 27,848 |
| NEW YORK CITY POLICE DEPT | - | - | - | 1,111 | 1,111 |
| NEW YORK CITY TRANSIT AUTHORITY C/O CORVEL CORP | - | - | - | 696 | 696 |
| New York City Transit Authority C/O CorVel Corporation | 3,868 | 4,005 | 967 | 49,412 | 58,252 |
| NEW YORK COMPENSATION MANAGMENT | 26,472 | 81,708 | 116,855 | 1,433,583 | 1,658,618 |
| New York State Workers' Compensation Board | 1,164 | 1,000 | - | 63,322 | 65,486 |
| NEW YORK US POSTAL SERVICE | - | - | - | 620 | 620 |
| Nippon Life Ins Company Of America | - | - | - | - | - |
| NJM | - | - | - | 8,099 | 8,099 |
| NJM | - | - | - | 12,745 | 12,745 |
| NO FAULT | 1,933 | - | 7,770 | 58,893 | 68,596 |
| No Fault no ins | 13,624 | 11,718 | 36,386 | 253,145 | 314,874 |
| NO GUARD INSURANCE | - | - | - | 1,735 | 1,735 |
| NORTH AMERICAN RISK | - | - | - | 36,233 | 36,233 |
| NORTH RIVER INSURANCE | - | - | - | - | - |
| NY MARINE AND GRAL INSURANCE | 3,904 | - | - | - | 3,904 |
| NYC DEPARTMENT OF SANITATION | - | - | - | 8,876 | 8,876 |
| NYC Law Department | - | - | - | 11,789 | 11,789 |
| NYC LAW DEPT. | 5,075 | - | - | 64,326 | 69,401 |
| NYCE PPO PLAN | 1,000 | - | - | - | 1,000 |
| NYCM INSURANCE | - | - | - | 43,073 | 43,073 |
| NYCTA Workers Compensation | - | - | - | 37,191 | 37,191 |
| NYCTA-NF UNIT c/o CorVel Corp | - | - | - | 967 | 967 |
| NYS Workers' Compensation Board | - | - | - | 5,604 | 5,604 |
| OCEAN HARBOR CASUALTY INSURANCE | 967 | 967 | 968 | 193 | 3,094 |
| OFFICE OF THE COMPTROLLER | - | - | 6,876 | 43,674 | 50,549 |
| OFSHTEIN LAW FIRM | - | - | - | 6,000 | 6,000 |
| OLD REPUBLIC INSURANCE COMPANY | - | - | 967 | 17,025 | 17,991 |
| Omni Hartford Insurance | - | - | 967 | 3,992 | 4,958 |
| One Call Care Diagnostics | - | - | 500 | 270 | 770 |
| One Call Medical Inc. | 7,607 | 879 | - | 23,585 | 32,070 |
| ORISKA INSURANCE | 912 | - | - | 1,824 | 2,736 |
| OSCAR | - | - | - | 75 | 75 |
| PACKER MEDICAL | 2,000 | 1,000 | - | - | 3,000 |
| PARTNERS HEALTH PLAN, INC | - | - | - | (250) | (250) |
| PEARL HABOR GROUP | - | - | - | 3,993 | 3,993 |
| PENN NATIONAL INSURANCE | - | - | - | (1,487) | (1,487) |

TAI
AR Aging
As of January 31, 2026

| | | | | | |
|---|---|---|---|---|---|
| PENSKE | 2,936 | 1,933 | - | 21,392 | 26,261 |
| PHILADELPHIA INSURANCE COMPANIES | - | - | - | (379) | (379) |
| PIE INSURANCE | 879 | - | - | - | 879 |
| PILGRIMS INSURANCE NF | - | - | - | 8,702 | 8,702 |
| PLYMOUTH ROCK ASSURANCE | - | - | 1,935 | 18,672 | 20,607 |
| PMA MANAGEMENT | - | - | - | 12,477 | 12,477 |
| Point Comfort Underwriters | - | - | - | 525 | 525 |
| Point Comfort Underwriters, Inc. | - | - | - | 500 | 500 |
| PRIME ADMINISTRATORS | 1,645 | - | - | - | 1,645 |
| PRIME INSURANCE COMPANY | - | - | - | - | - |
| Progressive | 62,596 | 115,379 | 118,291 | 858,082 | 1,154,348 |
| Progressive (Arbitration) | - | - | - | 8,664 | 8,664 |
| PROGRESSIVE INSURANCE | 88,024 | 143,798 | 151,461 | 574,673 | 957,956 |
| PROPERTY CASUALTY COM | - | - | - | 6,799 | 6,799 |
| PROTECTIVE INS CO. | - | - | - | 146 | 146 |
| PURE INSURANCE COMPANY | - | - | - | 7,913 | 7,913 |
| QTC MEDICAL SERVICES/FOHNET | - | - | - | 75 | 75 |
| REDIRECT ADMINISTRATORS | - | - | - | - | - |
| REDWOOD FIRE AND CASUALTY INSURANCE | - | 912 | - | - | 912 |
| RENTAL CLAIMS SERVICES | 967 | - | - | 31,652 | 32,618 |
| REP WEST INS CO | - | - | 1,970 | 12,731 | 14,701 |
| REPWEST INS CO | 2,022 | - | - | 59,006 | 61,028 |
| Risk Management | - | - | - | 1,083 | 1,083 |
| ROOT INSURANCE | - | - | - | (9) | (9) |
| ROSENBAUM & ROSEBAUM | - | - | - | 4,500 | 4,500 |
| RUBENSTEIN LAW | - | - | - | 9,000 | 9,000 |
| S & S HEALTHCARE | - | - | - | 50 | 50 |
| SACCO & FILLAS LLP | - | - | - | 7,500 | 7,500 |
| Safeco Insurance | - | - | - | 9,000 | 9,000 |
| SAFETY INSURANCE | - | - | - | 36,395 | 36,395 |
| SBMA | - | - | - | 46 | 46 |
| SECURITY NATIONAL AMTRUST GROUP | - | - | - | 1,880 | 1,880 |
| SEDGWICK CLAIMS | 4,297 | 9,996 | - | 100,186 | 114,480 |
| SEDGWICK CLAIMS MANAGMENT WC | 879 | 879 | (11) | 42,051 | 43,798 |
| Sedwick Claims Compensation Unit | - | - | (88) | 6,362 | 6,274 |
| SELECTIVE INS | - | - | - | 1,510 | 1,510 |
| SELF | - | - | 1,975 | 26,750 | 28,725 |
| SELF PAY | 570 | 675 | 250 | 8,917 | 10,412 |
| SELFPAY | (25) | 500 | 485 | 7,675 | 8,635 |
| SELF-PAY | - | - | - | 325 | 325 |
| Senior whole Health | - | - | - | - | - |
| SENTRY INSURANCE | - | - | - | 1,691 | 1,691 |
| SEQUIOA INSURANCE | 912 | - | - | 6,354 | 7,266 |
| SIXT CAR RENTAL CLAIMS | 3,868 | 1,970 | - | - | 5,838 |
| SOBO & SOBO | - | - | - | 15,000 | 15,000 |
| SPIEGEL & BARBATO LLP | - | - | - | 1,500 | 1,500 |
| STARSTONE | - | - | - | 2,936 | 2,936 |
| STARSTONE NATIONAL INS CO | 1,935 | 1,056 | 1,003 | 8,287 | 12,281 |
| STATE FARM | - | - | - | - | - |
| State Farm Insurance | 43,343 | 81,144 | 46,168 | 481,140 | 651,796 |
| State Farm Insurance Claims Service Office | 2,900 | 1,898 | - | 39,713 | 44,511 |
| State Farm Insurance Co. | - | - | - | 10,809 | 10,809 |
| STATE FARM INSURANCE FUND | - | - | - | 11,380 | 11,380 |
| STATE INSURANCE FUND | - | - | - | 500 | 500 |
| State Insurance Fund | 6,378 | 4,494 | 24,347 | 146,906 | 182,125 |
| STATE NATIONAL INS CO. INC | - | - | - | - | - |
| Statefarm Ins. | 37,824 | 35,070 | 63,579 | 282,000 | 418,474 |
| STREAMLINE IMAGING | - | - | - | 1,757 | 1,757 |
| TARASOV & ASSOCIATES | - | - | 4,500 | - | 4,500 |
| THE BLACK CAR FUND | - | - | - | 6,491 | 6,491 |
| THE BLACK CAR FUND c/o TechSource National | 6,373 | - | - | 94,578 | 100,952 |
| THE GENERAL | 7,896 | 1,970 | 3,956 | 11,681 | 25,503 |
| THE GRIGOROPOULOS LAW | - | - | - | 1,650 | 1,650 |
| THE LEYVI GROUP, P.C | - | - | - | 12,400 | 12,400 |
| THE NEW YORK INJURY LAW FIRM | 1,500 | - | - | - | 1,500 |
| THE PORT UTHORITY OF NY AND NJ OFFICE OF THE INSPECTOR GENERAL | - | - | - | (58) | (58) |
| THE YANKOWITZ LAW FIRM | 1,500 | - | - | - | 1,500 |
| TRANSIT GENERAL OF NEW YORK | - | - | - | 7,765 | 7,765 |
| Travelers | - | - | 2,984 | 32,294 | 35,278 |

TAI
AR Aging
As of January 31, 2026

| | | | | | |
|---|---|---|---|---|---|
| Travelers Indemnity Insurance | - | - | - | 6,057 | 6,057 |
| Travelers Ins. | 8,953 | 19,622 | 9,704 | 104,085 | 142,364 |
| Travelers Insurance | 78 | 3,757 | - | 27,095 | 30,930 |
| TRAVELERS PROPERTY CASUALTY COM | - | - | - | 967 | 967 |
| TREXIS INSURANCE | - | - | - | - | - |
| TRI STATE LEGAL BOAZ PC | - | - | 3,000 | 21,750 | 24,750 |
| TRISTARRISK MANAGEMENT | 4,833 | 967 | - | 12,987 | 18,786 |
| TRISURA | - | - | - | 19,519 | 19,519 |
| TRUMBULL INSURANCE C | - | - | - | - | - |
| TUFTS HEALTH PLAN | - | - | - | 600 | 600 |
| UAIC- UNITED AUTOMOBILE INS COMP | - | - | - | 14,902 | 14,902 |
| UHC Empire Plan | - | - | - | 1,118 | 1,118 |
| UMR | - | - | - | 115 | 115 |
| UNEMPLOYED WORKERS C/O SASE LLC | - | - | - | 968 | 968 |
| UNITED FARM FAMILY INSURANCE CO | - | - | - | 11,167 | 11,167 |
| UNITED HEALTH CARE | 7,271 | 4,579 | 5,699 | 64,168 | 81,717 |
| UNITED HEALTH CARE SECONDARY | - | - | - | 1,596 | 1,596 |
| UNITED HEALTH SHARED SERVICES | - | - | - | 96 | 96 |
| UNITED HEALTHCARE OXFORD | 200 | - | - | 2,783 | 2,983 |
| UNITED HEALTHCARE STUDENT | - | - | - | - | - |
| UNITED HEARTLAND | - | - | - | 968 | 968 |
| UNITED HERE HEALTH | - | 100 | - | - | 100 |
| UNITED STATES AUTOMOBILE ASSOCIATION | - | - | - | - | - |
| UNITED WISCONSIN INSURANCE COMPANY | - | - | - | 1,753 | 1,753 |
| URBAN HEALTH PLAN | - | - | - | 5,600 | 5,600 |
| US Department Of Labor | - | - | 78 | 4,578 | 4,656 |
| USAA - AUTO INJURY SOLUTIONS USAA MEDICAL MAIL | 6,770 | 21,418 | 14,613 | 110,417 | 153,219 |
| Utica National Insurance Group | - | - | - | 968 | 968 |
| VALDIVIA LAW OFFICE | - | - | 4,500 | - | 4,500 |
| VANLINER INS | - | - | - | 4,313 | 4,313 |
| VERVE | - | - | 1,970 | 2,937 | 4,907 |
| Village Care MAX | - | - | - | 4,918 | 4,918 |
| VNS Choice | 11,575 | 6,285 | 12,509 | 108,185 | 138,555 |
| WELLCARE NY | 616 | 1,432 | 2,984 | 26,842 | 31,874 |
| WELLCARE SECONDARY | - | - | - | 472 | 472 |
| WELLFLEET GROUP LLC | - | - | - | 2,132 | 2,132 |
| WESCO INSURANCE COMP | - | - | 1,757 | 12,349 | 14,107 |
| Westchester County Dept. Of Public Work and Transportation | - | - | - | 9,918 | 9,918 |
| WINGATE, RUSSOTTI, SHAPIRO, & HALPERIN | - | - | - | 8,400 | 8,400 |
| XCEEDANCE INSURANCE | - | - | 2,109 | 3,992 | 6,101 |
| ZEMSKY & SALOMON PC | - | - | - | 3,000 | 3,000 |
| Zurich American | 8,741 | 1,933 | - | 6,390 | 17,064 |
| Grand Total | 1,362,565 | 1,625,288 | 1,744,079 | 21,307,614 | 26,039,546 |

# DIME

**898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788**

*Statement Ending 01/30/2026*

*THIRD AVENUE IMAGING LLC*   *Page 1 of 6*
*Account Number: XXXXXX7951*

THIRD AVENUE IMAGING LLC
PAYROLL
2781 3RD AVE
BRONX NY 10455-4002

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | PRIVATE AND COMMERCIAL BANKING |
| 📱 | Branch Number | 718-486-4327 |
| ✉ | Mailing Address | 390 BERRY STREET BROOKLYN, NY  11249 |
| 💻 | Email | privatebanking18@dime.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Debtor In Possession | XXXXXX7951 | $42,534.89 |

## Debtor In Possession - XXXXXX7951

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/01/2026 | **Beginning Balance** | **$78,408.96** |
| | 23 Credit(s) This Period | $188,016.28 |
| | 26 Debit(s) This Period | $223,890.35 |
| 01/30/2026 | **Ending Balance** | **$42,534.89** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 01/05/2026 | Remote Deposit Credit | $724.91 |
| 01/05/2026 | Remote Deposit Credit | $35,471.46 |
| 01/06/2026 | xfer from 6809 to 7951 | $348.59 |
| 01/07/2026 | xfer from 6809 to 7951 | $1,985.25 |
| 01/12/2026 | Remote Deposit Credit | $12,148.00 |
| 01/13/2026 | Remote Deposit Credit | $27,377.26 |
| 01/14/2026 | Remote Deposit Credit | $7,556.49 |
| 01/20/2026 | Remote Deposit Credit | $16,664.24 |
| 01/20/2026 | BANKCARD MTOT DEP 518993321328304 | $963.81 |
| 01/20/2026 | BANKCARD MTOT DEP 518993321328304 | $995.10 |
| 01/20/2026 | BANKCARD MTOT DEP 518993321328304 | $8,166.19 |
| 01/21/2026 | BANKCARD MTOT DEP 518993321328304 | $360.00 |
| 01/22/2026 | BANKCARD MTOT DEP 518993321328304 | $75.00 |
| 01/23/2026 | EXCELFORCE TAX COL | $206.80 |
| 01/23/2026 | BANKCARD MTOT DEP 518993321328304 | $991.38 |
| 01/26/2026 | xfer from 6791 to 7951 | $25,848.83 |
| 01/26/2026 | BANKCARD MTOT DEP 518993321328304 | $537.82 |
| 01/28/2026 | Remote Deposit Credit | $13,503.75 |
| 01/28/2026 | Remote Deposit Credit | $16,186.77 |
| 01/28/2026 | BANKCARD MTOT DEP 518993321328304 | $67.72 |
| 01/29/2026 | BANKCARD MTOT DEP 518993321328304 | $2,291.06 |
| 01/30/2026 | xfer from 7969 to 7951 | $15,000.00 |
| 01/30/2026 | BANKCARD MTOT DEP 518993321328304 | $545.85 |

 **800.321.DIME (3463)  •  dime.com  •  Member FDIC**

**DIME**

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

## Debtor In Possession - XXXXXX7951 (continued)

### Electronic Debits

| Date | Description | Amount |
|------|-------------|--------|
| 01/02/2026 | EXCELFORCE PAYROLL 11317772 | $35,400.57 |
| 01/05/2026 | EXCELFORCE TAX COL | $17,843.32 |
| 01/15/2026 | EXCELFORCE BILLING 11317772 | $105.30 |
| 01/16/2026 | EXCELFORCE TAX COL | $9,665.04 |
| 01/16/2026 | EXCELFORCE PAYROLL 11317772 | $43,896.11 |
| 01/21/2026 | Sola-Fidlty Pymt SIGONFILE FGRBRR | $17.45 |
| 01/21/2026 | Sola-Fidlty Pymt SIGONFILE GGRBRR | $17.45 |
| 01/21/2026 | Sola-Fidlty Pymt SIGONFILE DGRBRR | $25.00 |
| 01/29/2026 | EXCELFORCE BILLING 11317772 | $109.20 |
| 01/30/2026 | EXCELFORCE TAX COL | $23,810.76 |
| 01/30/2026 | EXCELFORCE PAYROLL 11317772 | $41,406.30 |

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 01/30/2026 | SERVICE CHARGE | $100.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|
| 502021 | 01/06/2026 | $1,079.42 | 502029 | 01/07/2026 | $161.41 |
| 502022 | 01/02/2026 | $133.77 | 502030 | 01/27/2026 | $4,700.00 |
| 502023 | 01/06/2026 | $392.91 | 502031 | 01/23/2026 | $1,730.00 |
| 502024 | 01/05/2026 | $9,224.33 | 502032 | 01/20/2026 | $699.34 |
| 502025 | 01/06/2026 | $6,050.00 | 502034* | 01/27/2026 | $4,730.00 |
| 502026 | 01/12/2026 | $5,840.00 | 502035 | 01/22/2026 | $161.41 |
| 502028* | 01/07/2026 | $7,645.00 | 502037* | 01/28/2026 | $8,946.26 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01/02/2026 | $42,874.62 | 01/14/2026 | $80,250.19 | 01/23/2026 | $52,355.61 |
| 01/05/2026 | $52,003.34 | 01/15/2026 | $80,144.89 | 01/26/2026 | $78,742.26 |
| 01/06/2026 | $44,829.60 | 01/16/2026 | $26,583.74 | 01/27/2026 | $69,312.26 |
| 01/07/2026 | $39,008.44 | 01/20/2026 | $52,673.74 | 01/28/2026 | $90,124.24 |
| 01/12/2026 | $45,316.44 | 01/21/2026 | $52,973.84 | 01/29/2026 | $92,306.10 |
| 01/13/2026 | $72,693.70 | 01/22/2026 | $52,887.43 | 01/30/2026 | $42,534.89 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 | $0.00 |

# DIME

**898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788**

*Statement Ending 01/30/2026*

*THIRD AVENUE IMAGING LLC*                          *Page 1 of 8*
*Account Number: XXXXXX7969*

THIRD AVENUE IMAGING LLC
OPERATING
2781 3RD AVE
BRONX NY 10455-4002

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | PRIVATE AND COMMERCIAL BANKING |
| 📱 | Branch Number | 718-486-4327 |
| ✉ | Mailing Address | 390 BERRY STREET BROOKLYN, NY 11249 |
| 💻 | Email | privatebanking18@dime.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Debtor In Possession | XXXXXX7969 | $412,497.96 |

## Debtor In Possession - XXXXXX7969

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/01/2026 | **Beginning Balance** | **$306,881.52** |
| | 15 Credit(s) This Period | $305,469.68 |
| | 31 Debit(s) This Period | $199,853.24 |
| 01/30/2026 | **Ending Balance** | **$412,497.96** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 01/05/2026 | Remote Deposit Credit | $22,715.66 |
| 01/06/2026 | xfer from 6791 to 7969 | $3,375.16 |
| 01/07/2026 | xfer from 6791 to 7969 | $28,886.89 |
| 01/07/2026 | Remote Deposit Credit | $15.00 |
| 01/07/2026 | Remote Deposit Credit | $200.00 |
| 01/07/2026 | Remote Deposit Credit | $33,207.16 |
| 01/12/2026 | xfer from 6791 to 7969 | $17,711.97 |
| 01/14/2026 | xfer from 6791 to 7969 | $13,825.27 |
| 01/15/2026 | Remote Deposit Credit | $58,991.40 |
| 01/20/2026 | xfer from 6791 to 7969 | $30,031.66 |
| 01/20/2026 | Remote Deposit Credit | $32,372.36 |
| 01/26/2026 | Remote Deposit Credit | $54,237.20 |
| 01/28/2026 | xfer from 6791 to 7969 | $7,988.39 |
| 01/29/2026 | ANTHEM BLUE HP5CTRN* 1* 3403546439* 1133865627\ | $1,186.75 |
| 01/30/2026 | xfer from 6791 to 7969 | $724.81 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 01/05/2026 | Charge Back Item Check 1644390697 | $752.40 |
| 01/05/2026 | Return Deposited Item Fee | $10.00 |
| 01/09/2026 | xfer from 7969 to 7902 | $17,000.00 |
| 01/14/2026 | xfer from 7969 to 8017 | $25,000.00 |
| 01/21/2026 | xfer from 7969 to 8017 | $15,000.00 |
| 01/23/2026 | xfer from 7969 to 7902 | $25,000.00 |
| 01/28/2026 | xfer from 7969 to 8017 | $20,000.00 |
| 01/30/2026 | xfer from 7969 to 7951 | $15,000.00 |

 

*Statement Ending 01/30/2026*

**898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788**

## Debtor In Possession - XXXXXX7969 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 01/30/2026 | SERVICE CHARGE | $100.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|
| 1262 | 01/16/2026 | $11,313.00 | 1282* | 01/21/2026 | $2,146.83 |
| 1266* | 01/02/2026 | $2,146.83 | 1283 | 01/21/2026 | $1,377.00 |
| 1267 | 01/08/2026 | $191.09 | 1285* | 01/20/2026 | $394.05 |
| 1268 | 01/12/2026 | $2,939.36 | 1286 | 01/13/2026 | $7,370.00 |
| 1269 | 01/02/2026 | $1,081.68 | 1287 | 01/28/2026 | $1,852.16 |
| 1270 | 01/06/2026 | $450.99 | 1289* | 01/22/2026 | $500.00 |
| 1272* | 01/08/2026 | $611.12 | 1291* | 01/20/2026 | $1,407.29 |
| 1275* | 01/05/2026 | $11,397.23 | 1292 | 01/22/2026 | $878.94 |
| 1276 | 01/13/2026 | $497.32 | 1294* | 01/21/2026 | $6,598.50 |
| 1279* | 01/22/2026 | $500.00 | 1295 | 01/28/2026 | $4,520.00 |
| 1280 | 01/07/2026 | $23,570.00 | 1296 | 01/29/2026 | $247.45 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01/02/2026 | $303,653.01 | 01/13/2026 | $344,975.34 | 01/23/2026 | $390,080.42 |
| 01/05/2026 | $314,209.04 | 01/14/2026 | $333,800.61 | 01/26/2026 | $444,317.62 |
| 01/06/2026 | $317,133.21 | 01/15/2026 | $392,792.01 | 01/28/2026 | $425,933.85 |
| 01/07/2026 | $355,872.26 | 01/16/2026 | $381,479.01 | 01/29/2026 | $426,873.15 |
| 01/08/2026 | $355,070.05 | 01/20/2026 | $442,081.69 | 01/30/2026 | $412,497.96 |
| 01/09/2026 | $338,070.05 | 01/21/2026 | $416,959.36 | | |
| 01/12/2026 | $352,842.66 | 01/22/2026 | $415,080.42 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 | $0.00 |