# UNITED STATES BANKRUPTCY COURT

Southern   DISTRICT OF   New York

In Re. Unique Third Avenue LLC

§
§
§
§

Debtor(s)

Case No.  25-12464

Lead Case No.   1:25 - 12461(JPM)

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 01/01/2026

Petition Date: 11/04/2025

Months Pending: 2

Industry Classification: 5 3 1 1

Reporting Method:          Accrual Basis ○          Cash Basis ⦿

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

| | |
|---|---|
| ☐ | Statement of cash receipts and disbursements |
| ☒ | Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit |
| ☒ | Statement of operations (profit or loss statement) |
| ☐ | Accounts receivable aging |
| ☐ | Postpetition liabilities aging |
| ☐ | Statement of capital assets |
| ☐ | Schedule of payments to professionals |
| ☐ | Schedule of payments to insiders |
| ☒ | All bank statements and bank reconciliations for the reporting period |
| ☐ | Description of the assets sold or transferred and the terms of the sale or transfer |

*Nik Lavrinoff*
Signature of Responsible Party

Nik Lavrinoff
Printed Name of Responsible Party

04/27/2026
Date

1564 49th Street, Brooklyn NY 11219

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)                              1

Debtor's Name  Unique Third Avenue LLC                                    Case No.  25-12464

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $38,094 | |
| b.  Total receipts (net of transfers between accounts) | $37,617 | $149,609 |
| c.  Total disbursements (net of transfers between accounts) | $21,357 | $104,083 |
| d.  Cash balance end of month (a+b-c) | $54,354 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $21,357 | $104,083 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $0 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.  Inventory    (Book ◯    Market ◯    Other ◉    (attach explanation)) | $0 |
| d   Total current assets | $0 |
| e.  Total assets | $6,645,188 |
| f.  Postpetition payables (excluding taxes) | $0 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $0 |
| k.  Prepetition secured debt | $6,569,865 |
| l.  Prepetition priority debt | $0 |
| m.  Prepetition unsecured debt | $394,000 |
| n.  Total liabilities (debt) (j+k+l+m) | $6,963,865 |
| o.  Ending equity/net worth (e-n) | $-318,677 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $19,368 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $19,368 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | | |
| f.  Other expenses | $4,625 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $14,744 | $42,521 |

UST Form 11-MOR (06/07/2021)                                   2

Debtor's Name  Unique Third Avenue LLC                                    Case No.  25-12464

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete | i | | | | | |
| Delete | ii | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete | i | | | | | |
| Delete | ii | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○   No ●

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○   No ●

c.  Were any payments made to or on behalf of insiders?   Yes ○   No ●

d.  Are you current on postpetition tax return filings?   Yes ●   No ○

e.  Are you current on postpetition estimated tax payments?   Yes ●   No ○

f.  Were all trust fund taxes remitted on a current basis?   Yes ●   No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○   No ●

h.  Were all payments made to or on behalf of professionals approved by the court?   Yes ○   No ○   N/A ●

i.  Do you have:        Worker's compensation insurance?   Yes ○   No ●

  If yes, are your premiums current?   Yes ○   No ○   N/A ●   (if no, see Instructions)

  Casualty/property insurance?   Yes ○   No ●

  If yes, are your premiums current?   Yes ○   No ○   N/A ●   (if no, see Instructions)

  General liability insurance?   Yes ●   No ○

  If yes, are your premiums current?   Yes ●   No ○   N/A ○   (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?   Yes ●   No ○

UST Form 11-MOR (06/07/2021)                3

Debtor's Name  Unique Third Avenue LLC                                    Case No.  25-12464

| | | |
|---|---|---|
| k. | Has a disclosure statement been filed with the court? | Yes ⦿   No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿   No ○ |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

*Nik Lavrinoff*
_____
Signature of Responsible Party

Nik Lavrinoff
_____

CRO
_____
Title

04/27/2026
_____
Date

# Profit & Loss

Property: Unique Third Ave LLC
*03/01/26 - 03/31/26 (cash basis)*

|  | 03/01/26 - 03/31/26 |
|---|---:|
| **INCOME** | |
| 4100 Rental Income (non-posting) | |
| 4101 Rental Income | 17,847 |
| 4110 Late Fees | 305 |
| 4100 Total Rental Income (non-posting) | 18,152 |
| 4500 Loans Income (non-posting) | |
| 4501 Income Interest | 0 |
| 4500 Total Loans Income (non-posting) | 0 |
| 4700 Unallocated Prepays | -484 |
| 4175 Unique bnkrp rent adj | -35,103 |
| 4180 Unique bankruptcy rent | 36,803 |
| **TOTAL  INCOME** | **19,368** |
| **EXPENSE** | |
| 5050 Insurance Expense (non-posting) | |
| 5053 Liability Insurance Expense | 109 |
| 5050 Total Insurance Expense (non-posting) | 109 |
| 5100 Repairs Expense (non-posting) | |
| 5101 Repairs | 4,115 |
| 5100 Total Repairs Expense (non-posting) | 4,115 |
| 5300 Taxes Expense (non-posting) | |
| 5301 Property Taxes | 0 |
| 5303 Other Taxes | 50 |
| 5300 Total Taxes Expense (non-posting) | 50 |
| 5650 Bank Fees | 350 |
| 5705 Unique bnkrp exp adj | -4,625 |
| 5710 Unique bankruptcy exp | 4,625 |
| **TOTAL  EXPENSE** | **4,625** |
| | |
| **NET INCOME** | **14,744** |
| | |
| **NET INCOME SUMMARY** | |
| Income | 19,368 |
| Expense | -4,625 |
| **NET INCOME** | **14,744** |

Property: Unique Third Ave LLC
*Period: As of 03/31/26 (cash basis)*

| | Amount as of 3/31/2026 |
|---|---:|
| **ASSETS** | |
| Bank | |
| 1043 Unique Dime Bank | 33,953 |
| 1044 Unique Dime SD | 20,401 |
| Total Bank | 54,353 |
| | |
| Fixed Asset | 6,590,835 |
| **TOTAL ASSETS** | **6,645,188** |
| | |
| | |
| **LIABILITIES & EQUITY** | |
| Long Term Liability | |
| 2085 EIDL | 394,000 |
| 2200 Mortgage Payable | 6,569,865 |
| Total Long Term Liability | 6,963,865 |
| | 6,963,865 |
| **Total** | |
| **Liabilities** | |
| **Equity** | (318,677) |
| **Total Equity** | (318,677 |
| | |
| **LIABILITIES & EQUITY** | **6,645,188** |
| **TOTAL** | |

# DIME

**898 Veterans Memorial Highway**
**Suite 560**
**Hauppauge, NY 11788**

*Statement Ending 03/31/2026*

*UNIQUE THIRD AVENUE LLC*            *Page 1 of 4*
*Account Number: XXXXXX1748*

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | PRIVATE AND COMMERCIAL BANKING |
| 📱 | Branch Number | 718-486-4327 |
| ✉ | Mailing Address | 390 BERRY STREET BROOKLYN, NY  11249 |
| 💻 | Email | privatebanking18@dime.com |

UNIQUE THIRD AVENUE LLC
DEBTOR IN POSSESSION
282 MOUNTAINVIEW DR UNIT 201
MONROE NY 10950-2428

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Debtor In Possession | XXXXXX1748 | $33,952.64 |

# Debtor In Possession - XXXXXX1748

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/28/2026 | **Beginning Balance** | **$17,693.93** |
| | 8 Credit(s) This Period | $37,615.89 |
| | 7 Debit(s) This Period | $21,357.18 |
| 03/31/2026 | **Ending Balance** | **$33,952.64** |

## Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 03/06/2026 | Zelle From BERNARDO VAZQUEZ +1-800-321-3463 | $500.00 |
| 03/09/2026 | Zelle From BERNARDO VAZQUEZ +1-800-321-3463 | $500.00 |
| 03/09/2026 | Zelle From BERNARDO VAZQUEZ +1-800-321-3463 | $500.00 |
| 03/09/2026 | Zelle From BERNARDO VAZQUEZ +1-800-321-3463 | $500.00 |
| 03/09/2026 | Zelle From SANTOS M POCASANGRE +1-800-321-3463 | $1,700.00 |
| 03/10/2026 | Remote Deposit Credit | $17,997.89 |
| 03/10/2026 | Zelle From BERNARDO VAZQUEZ +1-800-321-3463 | $317.00 |
| 03/31/2026 | Remote Deposit Credit | $15,601.00 |

## Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 03/10/2026 | QUARTERLY FEE PAYMENT 0000 | $250.00 |
| 03/16/2026 | NYS DTF PIT Tax Paymnt 000000139559535 | $50.00 |

## Other Debits

| Date | Description | Amount |
|---|---|---|
| 03/12/2026 | xfer from 1748 to 7969 | $17,997.89 |
| 03/31/2026 | SERVICE CHARGE | $100.00 |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1014 | 03/13/2026 | $1,250.00 | 1019 | 03/18/2026 | $109.29 |
| 1018* | 03/12/2026 | $1,600.00 | | | |

* Indicates skipped check number

 **800.321.DIME (3463)** • **dime.com** • **Member FDIC**

**Statement Ending 03/31/2026**

**DIME**

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

UNIQUE THIRD AVENUE LLC          *Page 3 of 4*
*Account Number: XXXXXX1748*

## Debtor In Possession - XXXXXX1748 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 03/06/2026 | $18,193.93 | 03/12/2026 | $19,860.93 | 03/18/2026 | $18,451.64 |
| 03/09/2026 | $21,393.93 | 03/13/2026 | $18,610.93 | 03/31/2026 | $33,952.64 |
| 03/10/2026 | $39,458.82 | 03/16/2026 | $18,560.93 | | |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|------|--------|--------|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

# DIME

**898 Veterans Memorial Highway**
**Suite 560**
**Hauppauge, NY 11788**

*Statement Ending 03/31/2026*

*UNIQUE THIRD AVENUE LLC*                                    **Page 1 of 2**
*Account Number: XXXXXX4494*

UNIQUE THIRD AVENUE LLC
TENANT SECURITY
282 MOUNTAINVIEW DR UNIT 201
MONROE NY 10950-2428

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | PRIVATE AND COMMERCIAL BANKING |
| 📱 | Branch Number | 718-486-4327 |
| ✉ | Mailing Address | 390 BERRY STREET BROOKLYN, NY  11249 |
| 💻 | Email | privatebanking18@dime.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Platinum MMA | XXXXXX4494 | $20,400.59 |

## Business Platinum MMA - XXXXXX4494

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/28/2026 | Beginning Balance | $20,400.41 |
| | 1 Credit(s) This Period | $0.18 |
| | 0 Debit(s) This Period | $0.00 |
| 03/31/2026 | Ending Balance | $20,400.59 |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 02/28/2026 Through 03/31/2026 | |
| Annual Percentage Yield Earned | 0.01% |
| Interest Days | 32 |
| Interest Earned | $0.18 |
| Interest Paid This Period | $0.18 |
| Interest Paid Year-to-Date | $0.51 |
| Minimum Balance | $20,400.41 |
| Average Ledger Balance | $20,400.41 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 03/31/2026 | INTEREST | $0.18 |

### Daily Balances

| Date | Amount |
|---|---|
| 03/31/2026 | $20,400.59 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

