UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: | CASE NO: 25-12461 |
|---|---|
| UNIQUE THIRD AVENUE LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 5/29/2026, I did cause a copy of the following documents, described below,

Motion to Use Assume Leases

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/29/2026

/s/ Mark Frankel
Mark Frankel

Backenroth Frankel & Krinsky, LLP
488 Madison Ave Fl 23
New, NY 10022
212-593-1100
mfrankel@bfklaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

UNIQUE THIRD AVENUE LLC

CASE NO: 25-12461

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 5/29/2026, a copy of the following documents, described below,

Motion to Use Assume Leases

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/29/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mark Frankel
Backenroth Frankel & Krinsky, LLP
488 Madison Ave Fl 23
New, NY  10022

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-12461
SOUTHERN DISTRICT OF NEW YORK
FRI MAY 29 15-19-31 PST 2026

625 FORDHAM LLC
625 EAST FORDHAM ROAD
2565 BRONXWOOD AVE APT 1
BRONX   NY 10469-4214

BANK OF AMERICA   NA
100 N TRYON STREET
CHARLOTTE   NC 28255-0001

EXCLUDE

DISTINGUISHED DIAGNOSTIC IMAGING   PC
1484 WILLIAMSBRIDGE ROAD
BRONX   NY 10461-2505

(U)FSM WILLIAMSBRIDGE ROAD   LLC

LEAF CAPITAL FUNDING   LLC
CO GOETZ PLATZER LLP
1 PENN PLAZA   SUITE 3100
ATTN T SADUTO-CARLEY   ESQ
NEW YORK   NY 10119-3100

DEBTOR

THIRD AVENUE IMAGING LLC
2781 3RD AVENUE
BRONX   NY 10455-4002

UNIQUE IMAGING SERVICES LLC
1484 WILLIAMSBRIDGE ROAD
BRONX   NY 10461-2505

UNIQUE THIRD AVENUE LLC
2781 THIRD AVENUE
BRONX   NY 10455-4002

EXCLUDE

MANHATTAN DIVISION
ONE BOWLING GREEN
NEW YORK   NY 10004-1415

A ASCNECION   E SILVIA   P ARGUELLEZ
2779 THIRD AVE
BRONX   NY 10455

B ORTIS   G LUNA   B LUNA   R LUNA
2781 THIRD AVENUE
BRONX 10455-4002

EXCLUDE

BANK OF AMERICA
ONE BRYANT PARK
36TH FLOOR
NEW YORK   NY 10036-6728

BANK OF AMERICA
CO CHAPMAN AND CUTLER LLP
1270 6TH AVE
NEW YORK   NY 10020-0075

(U)BANK OF AMERICA   NA

C AVEDANO   S POCASANGRE   LUNAS DAYCARE
27772 THIRD AVE
BRONX   NY 10455-4002

C AVEDANO   S POCASANGRE   LUNAS DAYCARE
2779 THIRD AVE
BRONX   NY 10455

CITY OF NEW YORK
CO NEW YORK CITY LAW DEPT
100 CHURCH ST
NEW YORK   NY 10007-2668

CRISTOPHER CUMMINGS
2777 THIRD AVE
BRONX 10455-4002

DEXT CAPITAL   LLC
REED SMITH LLP   CO JEFFREY CHADWICK
10 SOUTH WACKER DRIVE
CHICAGO   IL 60606-7453

FSM WILLIAMSBRIDGE ROAD   LLC
CO ADAM E MIKOLAY   PC
400 GARDEN CITY PLAZA   SUITE 405
GARDEN CITY   NY 11530-3362

INTERNAL REVENUE SERVICE
POB 7346
PHILADELPHIA   PA 19101-7346

ISABEL LAVREANO
2774 THIRD AVE APT 1
BRONX   NY 10455-4029

J ALEX KRESS   ESQ
CHAPMAN AND CUTLER LLP
1270 AVENUE OF THE AMERICAS   30TH FLOOR
NEW YORK   NY 10020-1708

LEAF CAPITAL FUNDING   LLC
CO GOETZ PLATZER LLP; ATTN T SADUTTO-CARLEY   ESQ
1 PENN PLAZA   SUITE 3100
NEW YORK   NEW YORK 10119-3100

NEW YORK CITY DEPARTMENT OF FINANCE
375 PEARL STREET   29TH FLOOR
NEW YORK   NY 10038-1441

NYC DEPT BLDGS
280 BROADWAY
NEW YORK   NY 10007-1944

NYC DEPT ENV PROT
5917  JUNCTION BLVD FL 13
ELMHURST  NY 11373-5108

NYC DEPT FINANCE
375 PEARL STREET 30TH  FL
ATTN LEGAL AFFAIRS
BROOKLYN  NY 11201-3706

NYC HOUSING PRES DEV
100 GOLD ST
NEW YORK  NY 10038-1605

NYC WATER BOARD
POB 11863
NEWARK  NJ 07101-8163

NYS ATTORNEY GENERAL
28 LIBERTY ST
NEW YORK  NY 10005-1400

NEW YORK CITY DEPT OF FINANCE
OFFICE OF LEGAL AFFAIRS
COLLECTIONS UNIT-RPT TAXES
375 PEARL STREET  30TH FL
NEW YORK  NY 10038-1442

NEW YORK STATE DEPT FINANCE
BANKRUPTCY UNIT
POB 5300
ALBANY  NY 12205-0300

OFFICE OF UNITED STATES TRUSTEE
ONE BOWLING GREEN
NEW YORK NY 10004-1415

R BUSTAMANTE  E CARRASCO  Y COLLANTES  L RI
2781 THIRD AVENUE
BRONX  NY 10455-4002

REMI KI
2774 THIRD AVE
BRONX 10455-4029

RICHARD J COSTA
SENIOR COUNSEL  BUREAU OF LEGAL AFFAIRS
UNITED STATES
ELMHURST  NY 11373-5108

RIMON PC
100 JERICHO QUADRANGLE  SUITE 300; ATTN COURTNEY
ROMAN  ESQ
JERICHO  NEW YORK 11753-2702

SCOTCH AND OAK
2774 THIRD AVE
BRONX  NY 10455-4029

THIRD AVENUE IMAGING LLC
2772  2777  2779 AND 2881 THIRD AVE
BRONX  NY 10455

US SMALL BUSINESS ADMINISTRATION
NEW YORK DISTRICT OFFICE
26 FEDERAL PLAZA
ROOM 3100
NEW YORK  NY 10278-3199

UNITED STATES ATTORNEY
1 SAINT ANDREWS PLAZA
NEW YORK  NY 10007-1791

UNITED STATES SEC
ATTN  BANKRUPTCY
200 VESEY ST SUITE 400
NEW YORK  NY 10281-5520

UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE  NY
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN  ROOM 534
NEW YORK  NY 10004-1459

~~EXCLUDE~~

JOEL REISMAN
777 CHESTNUT RIDGE ROAD
CHESTNUT RIDGE  NY 10977-6222

JOHN RIGNEY
777 CHESTNUT RIDGE ROAD
CHESTNUT RIDGE  NY 10977-6222

~~(U)JOSEPH J TOMAINO~~

MARK A FRANKEL
BACKENROTH FRANKEL  KRINSKY  LLP
488 MADISON AVE  23RD FLOOR
NEW YORK  NY 10022-5703

NIK LAVRINOFF
777 CHESTNUT RIDGE ROAD
CHESTNUT RIDGE  NY 10977-6222